Michael J. Watton (15806)
Michael J. Reed (15717)
Watton Law Group
301 West Wisconsin Avenue, Fifth Floor
Milwaukee, WI 53203
Tel: 801-363-0130
Fax: 801-363-0891
Email: wlgslc@wattongroup.com
Attorneys for the Debtor.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| In re: Anthony Scott Swartz,<br><br>Debtor. | Case No. 17-28311-RKM<br><br>Chapter 13<br><br>Hon. R. Kimball Mosier |
|---|---|
| **NOTICE OF DEBTOR'S CHANGE OF ADDRESS** ||

**Debtor's Name:**     Anthony Scott Swartz,

**Chapter:**                  13

**New Address:**       6560 Dix Road

                                  Rome, NY 13440

Dated: October 30, 2020

                                  Watton Law Group

                                  <u>/s/ Marianne Lowery – Legal Assistant for Debtor's Counsel</u>
                                  Michael J. Watton
                                  Michael J. Reed
                                  Attorneys for the Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 30, 2020, I electronically filed the foregoing Notice of Debtor's Change of Address with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users.

> Chapter 13 Trustee: ecfmail@ch13ut.org
> U.S. Trustee's Office: USTPRegion19.SK.ECF@usdoj.gov

/s/ Marianne Lowery – Legal Assistant for Watton Law Group